IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHARLES TAYLOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; <br><br> *Plaintiff,* <br><br> vs. <br><br> C6 DISPOSAL SYSTEMS, INC., <br><br> *Defendant.* | SA-19-CV-00347-ESC |

## ORDER

Before the Court in the above-styled cause of action is Plaintiff's Opposed Motion to Quash Defendant's Subpoena Duces Tecum and Motion for Protective Order [#14]. The Court held a hearing on the motion on June 27, 2019, at which all parties were present through counsel. At the close of the hearing, the Court issued certain oral rulings and stated its reasons in support of those rulings on the record. The Court now memorializes its oral rulings:

**IT IS HEREBY ORDERED** that Plaintiff's Opposed Motion to Quash Defendant's Subpoena Duces Tecum and Motion for Protective Order [#14] is **GRANTED IN PART** as follows: The Court hereby **QUASHES** the subpoena issued to Plaintiff's current employer, third-party ACT Disposal LLC. This order is without prejudice to Defendant reurging the need for discovery from this third party at a later date, after basic discovery is conducted by the parties regarding ACT Disposal and its employment policies. Defendant is ordered to serve a copy of this Order on ACT Disposal, advising it that the subpoena has been quashed.

In all other respects, the Motion [#14] is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 28th day of June, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE