IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHARLES TAYLOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>*Plaintiff,*<br><br>vs.<br><br>C6 DISPOSAL SYSTEMS, INC.,<br><br>*Defendant.* | § § § § § § § § § § § § | SA-19-CV-00347-ESC |

## **ORDER**

Before the Court in the above-styled cause of action is Defendant's Motion for Withdrawal and Substitution of Counsel [#40]. By its motion, Defendant seeks to substitute Tiffanie Clausewitz and Shellie Reyes of the Rosenblatt Law Firm as attorneys of record for Defendant in place of Charles Riley of Riley & Riley, Attorneys at Law. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Withdrawal and Substitution of Counsel [#40] is **GRANTED**.

**IT IS FURTHER ORDERED** that the following attorneys are substituted as the attorneys of record for Defendant C6 Disposal Systems, Inc. in place of Charles Riley:

> Tiffanie Clausewitz
> Texas State Bar No. 24051936
> Rosenblatt Law Firm
> 16731 Huebner Road
> San Antonio, Texas 78248
> (210) 562-2900
> (210) 562-2929 (fax)
> tiffanie@rosenblattlawfirm.com

1

Shellie Reyes
Texas State Bar No. 24082115
Rosenblatt Law Firm
16731 Huebner Road
San Antonio, Texas 78248
(210) 562-2900
(210) 562-2929 (fax)
shellie@rosenblattlawfirm.com

**IT IS SO ORDERED.**

SIGNED this 6th day of August, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE