IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHARLES TAYLOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; | § § § § | |
| *Plaintiff,* | § § | SA-19-CV-00347-ESC |
| vs. | § § § | |
| C6 DISPOSAL SYSTEMS, INC., | § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court in the above-styled cause of action is the parties Joint Advisory to the Court [#44]. The Court previously ordered the parties to meet and confer regarding the substance of Plaintiff's proposed notice and submit such notice to the Court. The parties' advisory complies with this Order and informs the Court of the parties' agreement as to the form and content of the notice and consent form to be used in this collective action, as well as the schedule to control the opt-in period.

**IT IS THEREFORE ORDERED** that the parties proceed with issuing notice as set forth in their joint advisory.

SIGNED this 4th day of September, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1