IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHARLES TAYLOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; TOMMY SANTANA, JERRY GARIBAY, JARRELL FLOWERS, JAMES PEREZ, CHRISTOPHER COCKRUM, ANTONIO DILLARD, DAVID L. JOHNSON, DAVID MEZA JR., CHRISTOPHER SCOTT, GILBERT J. ZAVALA, BOBBY GANTT, BRYAN DUKES, ADALBERTO RODRIGUEZ, PAUL DELEON, RICHARD MARTINEZ JR., JUAN ESTRADA, RICHARD R. LOERA JR., JIMMY CARRIZALES, DAMON D. TRULL, JOQUIST HARBERT, JEREMY SEARS, INOCENCIO ZUNIGA, RONNIE GARCIA, ALPHONSO KENT, KEVIN KING, LARRY ARZOLA, EFREN MENDOZA, NOE ORTEGA-TUDON, JUSTIN RAY, OBED WILLIAMS, §§§§§§§§§§§§ *Plaintiffs,* vs. C6 DISPOSAL SYSTEMS, INC., *Defendant.* | SA-19-CV-00347-ESC |

**FINAL JUDGMENT**

On this day, the parties filed a Joint Stipulation of Dismissal Pursuant to Rule 41 with Prejudice [#73], stipulating to the dismissal of the claims asserted against Defendant C6 Disposal Systems, Inc. by Plaintiff Charles Taylor, individually and on behalf of the Opt-In Plaintiffs, pursuant to the settlement agreement between the parties.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all claims and causes of action asserted in this suit are **DISMISSED WITH PREJUDICE**.

1

**IT IS SO ORDERED.**

SIGNED this 12th day of June, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE